AKRON BAR ASSOCIATION *v.* SNYDER.

[Cite as *Akron Bar Assn. v. Snyder* (1997), 78 Ohio St.3d 57.]

(No. 96–2428—Submitted December 11, 1996—Decided March 26, 1997.)

58

*John C. Weisensell, Michael C. Scanlon* and *Michael L. Stark,* for relator.

*Scott W. Snyder, pro se.*

---

*Per Curiam.* We approve the findings of fact, conclusions of law, and recommendation of the board. From a review of the record we can understand the factors which caused respondent to neglect his professional duty to his clients. Nevertheless, we have a constitutional duty to oversee the conduct of the legal profession in Ohio, and we cannot condone respondent's failures to meet his responsibilities. An attorney's failure to carry out a legal matter entrusted to him and failure to cooperate in the ensuing disciplinary investigation have warranted suspension from the practice of law. *Disciplinary Counsel v. Leibold* (1990), 53 Ohio St.3d 128, 559 N.E.2d 749. In a previous case where we found that rehabilitation was as much or more appropriate than discipline, we imposed a sanction of indefinite suspension. *Disciplinary Counsel v. Trumbo* (1996), 76 Ohio St.3d 369, 667 N.E.2d 1186. We believe the same sanction is appropriate here. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.